No. 41522.—Protests 905825–G, etc., of Levin Brothers (New York).

Opinion by SULLIVAN, J. It was stipulated that certain items consist of paper play balls similar to those the subject of Abstract 40492. The claim at 35 percent

under paragraph 1413 was therefore sustained as to these items. Squawker balloons and cigarette whistles and noisemakers in part of bamboo were held dutiable at 45 percent under paragraph 409. Abstracts 40493 and 39509 followed.